IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER MAURICE DANIELS | NO. 3:17-MJ-917-BK |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States Attorney for the Northern District of Texas respectfully advises the Court and all interested parties that the above-styled case is assigned now to Jennifer Tourje, Assistant United States Attorney (AUSA), Northern District of Texas. The Government respectfully requests that the Clerk terminate representation by AUSA J. Nicholas Bunch, former counsel for the government, from the records in this cause.

Accordingly, we request that Jennifer Tourje substitute as counsel of record for the United States of America.

Respectfully submitted,

ERIN NEALY COX
United States Attorney

s/*Jennifer Tourje*
JENNIFER TOURJE
Assistant United States Attorney
Texas Bar No. 24010449
1100 Commerce, Third Floor
Dallas, Texas  75242
Telephone:   214-659-8600
Facsimile:    214-659-8809

Notice of Substitution of Counsel - Page 1

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2017, a copy of this Notice of Substitution of Counsel was sent via electronic transmission via the Electronic Case Filing (ECF) system to First Assistant Federal Public Defender John M. Nicholson.

s/*Jennifer Tourje*  
JENNIFER TOURJE  
Assistant United States Attorney